**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-7715**

UNITED STATES OF AMERICA,

            Plaintiff - Appellee,

      v.

ROBERT MOSES WILKERSON,

            Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Malcolm J. Howard, Senior District Judge.  (5:96-cr-00167-H-1)

Submitted:  February 25, 2014          Decided:  March 5, 2014

Before WILKINSON, Circuit Judge, and HAMILTON, Senior Circuit Judge, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Robert Moses Wilkerson, Appellant Pro Se.  Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Moses Wilkerson appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. United States v. Wilkerson, No. 5:96-cr-00167-H-1 (E.D.N.C. Oct. 7, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2